MICHAEL SALAMINA, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued May 26, 1939; decided June 19, 1939.

*Jacob Greenwald* and *Anthony Zollino* for appellant.

*William C. Chanler*, Corporation Counsel (*Edward J. McGratty, Jr.*, and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.